EUGENE T. FRANKLIN (State Bar No. 124881)
FRANKLIN EMPLOYMENT LAW GROUP
22762 Main Street
Hayward, California 94541
Telephone: (510) 538-0969
Facsimile: (510) 538-6502

Attorneys for Plaintiff Mauro G. Ruanu

MARK WHITE (State Bar No. 88332)
CHAPMAN POPIK & WHITE LLP
650 California Street, 19th Floor
San Francisco, California 94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030
mwhite@chapop.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
CAMERON J. EVANS (P47276) (admitted *pro hac vice*)
MATTHEW S. DISBROW (P65378) (admitted *pro hac vice*)
2290 First National Building
Detroit, Michigan 48226
Telephone: 313-465-7000
Facsimile: 313-465-7373
cevans@honigman.com
mdisbrow@honigman.com

Attorneys for Defendant Hercules Tire & Rubber Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO G. RUANU, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HERCULES TIRE & RUBBER COMPANY, INC., dba Tire Dealer's Warehouse, a Connecticut corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 3:08-cv-004816-SI<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO RESCHEDULE SETTLEMENT CONFERENCE** |

## JOINT STIPULATION AND PROPOSED ORDER TO RESCHEDULE SETTLEMENT CONFERENCE

Plaintiff Mauro G. Ruanu ("Ruanu") and Defendant Hercules Tire and Rubber Company, Inc. ("Hercules"), by and through their respective counsel of record, agree and stipulate as follows:

1. This matter was referred to the Honorable Magistrate Judge Edward M. Chen (the "Magistrate") for settlement purposes.

2. On or about April 28, 2009, the Court scheduled a Settlement Conference for May 26, 2009, at 9:30 a.m. before the Magistrate.

3. Due to scheduling conflicts, the parties and their counsel are unable to attend the Settlement Conference as currently scheduled.

4. The parties propose to reschedule the Settlement Conference for June 26, 2009, at 9:30 a.m. before the Magistrate. This date was selected with the consent of Ms. Leni Doyle, the Magistrate's secretary.

5. Additionally, settlement conference statements will be filed with the Magistrate's chambers by June 12, 2009.

6. Rescheduling the Settlement Conference to June 26, 2009 will not affect the remainder of the schedule in this case.

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned counsel, subject to the Court's approval, that the Settlement Conference in this matter be rescheduled to June 26, 2009 at 9:30 a.m., and Settlement Conference statements be filed with the Magistrate's chambers by June 12, 2009.

///
///
///
///
///
///
///

Stipulated and Approved for Entry:

| FRANKLIN EMPLOYMENT LAW GROUP | HONIGMAN MILLER SCHAWRTZ AND COHN, LLP |
|---|---|
| /s/ Eugene T. Franklin *(with permission)* | /s/ Matthew S. Disbrow |
| Eugene T. Franklin (State Bar No. 124881)<br>22762 Main Street<br>Hayward, California 94541 | Cameron J. Evans (Mich. Bar No. P47276)<br>(admitted *pro hac vice*)<br>Matthew S. Disbrow (Mich. Bar No. P65378)<br>(admitted *pro hac vice*)<br>2290 First National Building<br>660 Woodward<br>Detroit, Michigan 48226-3506 |
| Attorneys for Plaintiff Mauro G. Ruanu | |
| | Mark White (State Bar No. 88332)<br>CHAPMAN POPIK & WHITE LLP<br>650 California Street<br>19th Floor<br>San Francisco, California 94108 |
| | Attorneys for Defendant Hercules Tire & Rubber Company, Inc. |

Date: May 11, 2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO G. RUANU, an individual, | Case No. 3:08-cv-004816-SI |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER TO RESCHEDULE SETTLEMENT CONFERENCE** |
| HERCULES TIRE & RUBBER COMPANY, INC., dba Tire Dealer's Warehouse, a Connecticut corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |

The Court having reviewed the parties' stipulation, and being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that the Settlement Conference in this matter shall be rescheduled to June 26, 2009 at 9:30 a.m. before The Honorable Magistrate Judge Edward M. Chen, and Settlement Conference statements shall be filed with the Magistrate's chambers by June 12, 2009. All other dates in this case shall remain unchanged.

**IT IS SO ORDERED.**

DATED: 5/12/09 , 2009    By: /s/ Susan Illston
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

DETROIT.3650175.1

**JOINT STIPULATION AND PROPOSED ORDER TO RESCHEDULE SETTLEMENT CONFERENCE**