UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUL 1 7 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mauro G. Ruanu, ) | Case No.: C 08-04816 SI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Hercules Tire & Rubber Company, Inc., dba Tire ) | |
| Dealer's Warehouse, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### STIPULATED ORDER OF DISMISSAL
### WITH PREJUDICE AND WITHOUT COSTS
### OR ATTORNEY FEES TO ANY PARTY

At a session of said Court held in the U.S. District
Court, Northern District of California,
State of California on _____

Present: _____
United States District Court Judge

NOW COMES plaintiff Maura G. Ruanu and defendant Hercules Tire & Rubber Company, by their respective attorneys, and stipulate to the dismissal of this case, with prejudice and without costs or attorney's fees to any party. The parties request that this Court enter this Stipulated Order of Dismissal.

This Stipulated Order of Dismissal resolves all pending claims and closes the case and this matter in its entirety.

IT IS SO ORDERED.

7/16/09

_____
U.S. DISTRICT COURT JUDGE

STIPULATED AS TO ENTRY:

By: /s/with consent of Eugene Franklin  
    Eugene T. Franklin  
Attorney for Plaintiff  
22762 Main Street  
Hayward, California 94541  
(510) 538-0969

By: /s/Cameron J. Evans  
    Cameron J. Evans  
Honigman Miller Schwartz and Cohn LLP  
Attorneys for Defendant  
660 Woodward Avenue, Ste. 2290  
Detroit, MI 48226-3506  
(313) 465-7000  
cevans@honigman.com  
(P47276)

Dated: July 10, 2009

Dated: July 10, 2009

DETROIT.3721217

STIPULATED AS TO ENTRY:

By: /s/with consent of Eugene Franklin  
    Eugene T. Franklin  
Attorney for Plaintiff  
22762 Main Street  
Hayward, California 94541  
(510) 538-0969

By: /s/Cameron J. Evans  
    Cameron J. Evans  
Honigman Miller Schwartz and Cohn LLP  
Attorneys for Defendant  
660 Woodward Avenue, Ste. 2290  
Detroit, MI 48226-3506  
(313) 465-7000  
cevans@honigman.com  
(P47276)

Dated: July 10, 2009

Dated: July 10, 2009

DETROIT.3721217